IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00082-CMA-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2. JAMEISHA SHANTYCE HUBBARD,
    a/k/a "Jameisha Shantyce Bedford,
    a/k/a "Baby Girl,"

       Defendant.

---

**ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM***

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JAMEISHA SHANTYCE HUBBARD, 25 years of age, before a United States Magistrate Judge forthwith, for proceedings and appearances upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

    SO ORDERED this 22nd day of February, 2010.

                             UNITED STATES MAGISTRATE JUDGE
                             UNITED STATES DISTRICT COURT
                             DISTRICT OF COLORADO